**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Caifa Jiang, | |
| Plaintiff, | Civil Action No. 24-cv-11454 |
| v. | |
| | JURY TRIAL DEMANDED |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

**EXHIBIT 1 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibits 1 will be filed separately under seal and will remain under seal until further order of this court.

DATED November 6, 2024 .                              Respectfully submitted,


                                                      By: /s/ Pete Wolfgram
                                                      Pete Wolfgram
                                                      Stratum Law LLC
                                                      2424 E. York St. Ste. 223
                                                      Philadelphia, PA, 19125

1