**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| Caifa Jiang,<br><br>               Plaintiff,<br>    v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>               Defendants. | Civil Action No. 24-11454<br><br>  JURY TRIAL DEMANDED |

**EXHIBIT 2 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibit 2 will be filed separately under seal and will remain under seal until further order of this court.

DATED November 6, 2024.

Respectfully submitted,


By: /s/ Pete Wolfgram
Pete Wolfgram
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA, 19125

1