**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Caifa Jiang

Plaintiff,

v.

Case No.: 1:24−cv−11454
Honorable Jeffrey I Cummings

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [73], in which each side takes issue with alleged deficiencies in the other side's productions but only plaintiff signals that he intends to seek judicial intervention to correct the alleged deficiencies. As noted in the undersigned's most recent docket entry, see [71], fact discovery closed on 07/30/2026 and the Court found that the parties failed to make a showing of good cause to reopen fact discovery in their joint stipulation to extend discovery filed on 08/05/2026. Furthermore, expert discovery began on 08/31/2026, see [57]. Accordingly, no further fact discovery is permitted unless it is taken by agreement of the parties. A joint status report is due on 11/06/2026 to update the Court on: (a) the progress of expert discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.